**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JOHN CAVE and NANCY CAVE as individuals,
parents, legal guardians and guardians ad lidem of
JOHN CAVE JR. and JOHN CAVE JR.,

                        Plaintiffs,

            -against-

EAST MEADOW UNION FREE SCHOOL
DISTRICT, W. TRESPER CLARKE HIGH
SCHOOL, ROBERT R. DILLON as administration
of The East Meadow Union Free School District
and W. Tresper Clare High School and ROBERT R.
DILLON individually and personally, JOSEPH
BARBERA as administration of The East Meadow
Union Free School District and W. Tresper Clare
High School and JOSEPH BARBERA individually
and personally, LEON J. CAMPO as administration
of The East Meadow Union Free School District
and W. Tresper Clare High School and LEON J.
CAMPO individually and personally, TIMOTHY
VOELS as administration of The East Meadow
Union Free School District and W. Tresper Clare
High School and TIMOTHY VOELS individually
and personally, DEBORAH COATES as President
of the Board of Education of EAST MEADOW
SCHOOL DISTRICT and W. TRESPER CLARKE
HIGH SCHOOL and DEBORAH COATES
individually and Personally, BRIAN
O'FLAHERTY as Vice President of the Board of
Education of EAST MEADOW SCHOOL
DISTRICT and W. TRESPER CLARKE HIGH
SCHOOL and BRIAN O'FLAHERTY individually
and Personally, DEBRA KIRSH, as Trustee of the
Board of Education of EAST MEADOW UNION
FREE SCHOOL DISTRICT and W. TRESPER
CLARKE HIGH SCHOOL and DEBRA KIRSH
individually and Personally, JUDY SHIECHEL, as
Trustee of the Board of Education of EAST

**MEMORANDUM OF**
**ORDER**
07 CV 0542 (ADS)(MLO)

MEADOW UNION FREE SCHOOL DISTRICT
and W. TRESPER CLARKE HIGH SCHOOL and
JUDY SHIECHEL individually and Personally,
WALTER SKINNER, as Trustee of the Board of
Education of EAST MEADOW UNION FREE
SCHOOL DISTRICT and W. TRESPER CLARKE
HIGH SCHOOL and WALTER SKINNER
individually and Personally, BARRY
RUBINSTEIN, as Trustee of the Board of
Education of EAST MEADOW UNION FREE
SCHOOL DISTRICT and W. TRESPER CLARKE
HIGH SCHOOL and BARRY RUBINSTEIN
individually and Personally, JOSEPH PARISI, as
TRUSTEE of the Board of Education of EAST
MEADOW UNION FREE SCHOOL DISTRICT
and W. TRESPER CLARKE HIGH SCHOOL and
JOSEPH PARISI individually and Personally,
GERALDINE DODDATO as Assistant Principal
and administration of The East Meadow Union Free
School District and W. Tresper Clare High School
and GERALDINE DODDATO individually and
personally, DARRYL STRABUK as Assistant
Principal and administration of The East Meadow
School District and W. Tresper Clare High School
and DARRYL STRABUK individually and
personally, PATRICE DOBIES as an employee,
agent and servant of EAST MEADOW UNION
FREE SCHOOL DISTRICT and W. TRESPER
CLARKE HIGH SCHOOL and PATRICE DOBIES
individually and Personally and JOHN CAMPO as
an employee, agent and servant of EAST
MEADOW SCHOOL DISTRICT and W.
TRESPER CLARKE HIGH SCHOOL and JOHN
CAMPO individually and Personally,

                              Defendants.
-----------------------------------------------------------X

**APPEARANCES:**

**PAUL J. MARGIOTTA, ESQ.**
Attorney for the Plaintiffs
1045 Route 109, Suite 106
Lindenhurst, New York 11757

**JASPAN, SCHLESINGER & HOFFMAN, LLP**
Attorneys for the Defendants
300 Garden City Plaza
Garden City, New York 11530
By:    Stephen R. Schlesinger, Esq.
Stanley A. Camhi, Esq.
Carol A. Melnick, Esq., of Counsel

**SPATT, District J.**

This case is about a hearing impaired boy in high school whose family wants

him to bring into school and into his classes a dog known as a service dog to assist

him in his endeavors and to help train the dog.  The school declined to allow the dog

into the school on the grounds that the young man is being satisfactorily

accommodated already and that the dog would cause problems for the student himself

and for other students and teachers and would cause disruptions.

On March 19, 2007 the Court issued a memorandum of decision and order

denying the plaintiffs' request for a preliminary injunction against the school district.

The plaintiffs appealed from that ruling.  On January 23, 2008, the United States Court

of Appeals for the Second Circuit found that this Court lacked subject matter

jurisdiction over the action because the plaintiffs were required to exhaust the

3

administrative remedies available under the IDEA before filing their suit in federal court. Therefore, pursuant to the ruling of the Second Circuit, the Court will dismiss the appellants' complaint in its entirety without prejudice for lack of subject matter jurisdiction.

For the foregoing reasons, it is hereby

**ORDERED**, that the plaintiffs' complaint is dismissed in its entirety, without prejudice; and it is further

**ORDERED**, that the Clerk of the Court is directed to close the case.

**SO ORDERED.**

Dated: Central Islip, New York
       January 29, 2008.

_/s/ Arthur D. Spatt_____
ARTHUR D. SPATT
United States District Judge

4